STATE OF NORTH CAROLINA v. JIMMY LEE EDWARDS

No. 7426SC889

(Filed 5 February 1975)

APPEAL by defendant from *Hasty, Judge,* 3 June 1974 Session of MECKLENBURG County Superior Court. Heard in the Court of Appeals 17 January 1975.

Defendant was charged in a bill of indictment with assault with a deadly weapon with intent to kill inflicting serious injury. The defendant pled not guilty and was tried before a jury.

The evidence for the State tended to show that the defendant was angry with the victim; that he threatened her in the parking lot of a bar in Charlotte; that he borrowed a friend's gun; and that he shot her in the back as she stooped over.

The evidence for the defendant tended to show that the friend dropped the gun causing the hammer to hang up in the cocked position and that while the defendant was seeking to free the hammer, the gun discharged accidentally and struck the victim.

The jury returned a verdict of guilty of assault with a deadly weapon inflicting serious injury, and from a judgment sentencing the defendant to a term of imprisonment, the defendant appealed.

*Attorney General Rufus L. Edmisten by Associate Attorney Archie W. Anders for the State.*

*Edward T. Cook for the defendant appellant.*

CLARK, Judge.

There are no assignments of error brought forward in the appellant's brief. Consequently, the appeal, being an exception to the judgment, presents the face of the record for review. We have carefully reviewed the record and find that the defendant received a fair trial free from prejudicial error.

No error.

Chief Judge BROCK and Judge BRITT concur.